AARON D. FORD
Attorney General
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
State of Nevada
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
Tel: (702) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DI'JON Q. STOCKER,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.<br><br>Defendants. | Case No. 3:23-cv-00634-MMD-CLB<br><br>**ORDER GRANTING**<br>**STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

Plaintiff, Di'Jon Q. Stocker, in pro se, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this __13__ day of January, 2025.          DATED this 31st day of December, 2025

                                                                    AARON D. FORD
                                                                    Attorney General

                                                                    By: _____
_____                          DOUGLAS R. RANDS, Bar No. 3572
DI'JON Q. STOCKER                                        Deputy Attorney General
*Plaintiff*                                                             *Attorneys for Defendants*

IT IS SO ORDERED.

DATED this 6th day of March 2024.

_____
**DISTRICT COURT JUDGE**

1